# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| KEWARN JAMES, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:20-cv-28 |
| | * | |
| v. | * | |
| | * | |
| DR. FNU KIDDER; DR. FNU GUNDERSON; and FNU DUCTKA, | * | |
| | * | |
| Defendants. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 15. Plaintiff did not file Objections to this Report and Recommendation. In fact, the Clerk of Court mailed a copy of this Report and Recommendation and a copy of the service Order to Plaintiff at his last known address. However, that mailing was returned to the Court as undeliverable with the notations, "Return to Sender, Transferred." Dkt. No. 17 at 1.

The Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's claims against Defendants Kidder and Gunderson. Plaintiff's claims against Defendant Ductka ordinarily would

remain pending. Dkt. No. 15. However, as explained below, the Court must dismiss these claims, without prejudice.

The Magistrate Judge ordered Plaintiff to show cause why his case should not be dismissed based on his failure to update his address, as required. Dkt. No. 18. The Magistrate Judge forewarned Plaintiff his failure to show cause would result in the recommended dismissal of his cause of action. Id. at 2. However, the Magistrate Judge informed Plaintiff he must file a response within 14 days of the April 14, 2021 Order. Id. at 1. That time has elapsed with no response from Plaintiff. Thus, it is unnecessary for the Magistrate Judge to issue a Report recommending the dismissal of Plaintiff's remaining claim. The Court **DISMISSES without prejudice** Plaintiff's claim against Defendant Duckta, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff in forma pauperis status on appeal.

SO ORDERED, this __13__ day of __May__, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA